[No. 40528-4-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK CATLETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-09078-8, Charles V. Johnson, J., entered March 21, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40558-6-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK A. KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07160-5, Donald D. Haley, J., entered March 5, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40617-5-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LINDSAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08477-4, Norma Smith Huggins, J., entered April 7, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40661-2-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN STALEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-08250-5, Anthony P. Wartnik, J., entered May 12, 1997. *Dismissed* by unpublished per curiam opinion.